UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD LEE GILLIAM,

    Plaintiff,

v.                        Case No: 2:16-cv-255-FtM-29UAM

U.S. DEPARTMENT OF VETERANS
AFFAIRS,

    Defendant.

### ORDER

This matter comes before the Court on plaintiff's Motion for Need to Correct Clear Error or Prevent Manifest Injustice (Doc. #84) filed on May 15, 2019. Plaintiff seeks reconsideration of the Court's Order (Doc. #83) denying plaintiff's previous motion for reconsideration (Doc. #82). The Court finds no basis for reconsideration, as plaintiff simply re-argues the same points set forth in his previous motions for reconsideration (Docs. ##78, 82) and his response in opposition to defendant's motion to dismiss (Doc. #73). Plaintiff's motion is therefore denied.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion for Need to Correct Clear Error or Prevent Manifest Injustice (Doc. #84) is **DENIED**.

**DONE and ORDERED** at Fort Myers, Florida, this ___13th___ day of June, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties and Counsel of Record